124 F.3d 185
 Aleyamma Abraham
v.
Mark E. Gold, John Sywilok, Midlantic National Bank North;
Aleyamma Abraham v. Bergen County Justice Center, (N.J.
State Superior Court), Federal Bankruptcy Court, Division of
N.J., Schlot Real Estate, NJ, Ambassdor Real Estate, Nancy
Cramer Goldstein, City Corp Mortgage, Inc., Glen Oaks
Village Owners, Inc.,County Trust Co., NJ, (Successor
Midlantic Bank), First Federal Savings and Loan Association
of Rochester, Jacoby and Meyers, (William
 NO. 96-5475
 United States Court of Appeals,
Third Circuit.
 July 25, 1997
 
 Appeal From: D.N.J. ,Nos.96cv00689, 96cv00809 ,
 Wolin, J.
 
 
 1
 Affirmed.